## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Creek Services, LLC | ) | ASBCA No. 59126 |
| | ) | |
| Under Contract No. W912P8-09-D-0045 | ) | |

APPEARANCE FOR THE APPELLANT:  Ms. Terri Hightower
                               CEO

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
                                  Engineer Chief Trial Attorney
                                 Denise D. Frederick, Esq.
                                  District Counsel
                                 J. Emmanuel I. Santa Teresa, Esq.
                                 William Meiners, Esq.
                                  Engineer Trial Attorneys
                                  U. S. Army Engineering District,
                                  New Orleans

### ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  4 November 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59126, Appeal of Creek Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals